IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MUSTAFA S. HASSAN, )
)
    Plaintiff, )
)
v. ) 1:09cv1309 (LMB/TCB)
)
COMMONWEALTH OF VIRGINIA, et al, )
)
    Defendants. )
)
)

ORDER

Plaintiff has filed a complaint seeking relief from a state court conviction. In his affidavit, attached to his complaint, plaintiff states that he was found guilty of charges in Fairfax County Criminal Court[1] and requests that this Court set aside that decision. This Court, being a district court within the federal system, has no jurisdiction over the decisions of Virginia state courts where a party's appeals within the state court system have not yet been exhausted. See Gorman v. Washington University, 316 U.S. 98 (1942); 28 U.S.C.A. § 1257. If plaintiff wishes to appeal the decision of the trial court, he will have to do so within the Virginia state court system. Accordingly, it is hereby

ORDERED that the Complaint [1] be and is DISMISSED, and it

---

[1] There is no Fairfax County Criminal Court, but the Court assumes plaintiff is referring either to the Fairfax County Circuit Court or, if the crime is a misdemeanor, to the Fairfax County General District Court.

is further

ORDERED that plaintiff's Motion for Leave to Proceed in Forma Pauperis [2] and Motion to Appoint Counsel [3][7] be and are DENIED AS MOOT.

To appeal this decision, plaintiff must file, within thirty (30) days of the date of this Order, a written Notice of Appeal with the Clerk of this court.

The Clerk is directed to forward copies of this Order to plaintiff <u>pro se</u>.

Entered this 3rd day of December, 2009.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge